FILED
JUL - 2 2002
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy
Southern District

ENTERED
MAY 2 0 2002
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

2:02-0906

STANDING ORDER IN RE: Kennedy, et al. v. Community Health Foundation, et al.

## ASSIGNMENT AND REFERRAL OF CIVIL ACTIONS AND MATTERS TO MAGISTRATE JUDGES

Pursuant to Title 28, United States Code, Section 636, it is hereby **ORDERED** that certain types of civil actions and matters shall be assigned and referred as follows:

* For the Beckley and Bluefield Divisions, to the Honorable R. Clarke VanDervort, United States Magistrate Judge;

* For the Charleston and Parkersburg Divisions, to the Honorable Mary E. Stanley, United States Magistrate Judge; and

* For the Huntington Division, to the Honorable Maurice G. Taylor, United States Magistrate Judge.

The matters referred in <u>all</u> civil cases are:

1. Applications to proceed <u>in forma pauperis</u>;
2. Discovery disputes; and
3. Discovery disputes which arise post-judgment (e.g., interrogatories in aid of execution, judgment debtor examinations, motions to compel answers to suggestions).

The types of civil cases which are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition are:

1. Actions for judicial review of an administrative determination under the Social Security Act;
2. Actions filed by persons who are proceeding <u>pro se</u>, whether or not they are in custody, until such person is represented by retained counsel; and
3. Actions filed by persons pursuant to 28 U.S.C. §§ 2241, 2254, and 2255, whether or not they are represented by counsel.

The types of jury or nonjury civil matters assigned for all proceedings, including entry of judgment, are:

1. Actions in which all parties have consented to proceed before a magistrate judge; and
2. Applications for award of attorneys' fees and expenses under the Social Security Act or the Equal Access to Justice Act.

The Clerk is directed to enter this Order in each action filed on and after May 13, 2002, and to transmit copies to counsel of record and to any unrepresented parties.

**ENTER:** nunc pro tunc May 13, 2002

_____
Charles H. Haden II, Chief Judge

_____
John T. Copenhaver, Jr., Judge

_____
David A. Faber, Judge

_____
Joseph R. Goodwin, Judge

_____
Robert C. Chambers, Judge

_____
Elizabeth V. Hallanan, Senior Judge

_____
Robert J. Staker, Senior Judge