IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION



ENTERED
JUL 1 0 2002
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

PENNY KENNEDY and RAYMOND
KENNEDY, individually and as the Legal
Guardians and natural parents of
TREVOR KENNEDY,

          Plaintiffs,

v.                                                          CIVIL ACTION NO. 2:02-0906

COMMUNITY HEALTH FOUNDATION OF
MAN, WEST VIRGINIA, INC., et al.,

          Defendants.

### ORDER AND NOTICE

Pursuant to the *Local District Court Rules*, the court **ORDERS** that the following dates be fixed as the times by or on which certain events must occur:

08/09/02      Motions under *Fed. R. Civ. P.* 12(b), together with supporting briefs, memoranda, affidavits or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to *L.R.* 7.1(a).)

09/05/02      Last day for Rule 26(f) meeting.

09/12/02      Last day to file report of Rule 26(f) meeting — See *L.R.* 16.1(b) and *Fed. R. Civ. P.* Form 35.

09/26/02      Scheduling/status conference with the court and lead counsel at **2:00 p.m., in Charleston**, unless otherwise directed. At the scheduling/status conference, the parties shall be prepared to discuss the following:

        (a)     the discovery to be completed and the amount of time necessary for its completion;

        (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;
        (c)    the possibility of entering into stipulations regarding issues for trial;
        (d)    the possibility of obtaining admissions regarding facts and documents; and
        (e)    other matters that will assist the parties in reaching a final resolution of this matter.

10/07/02    Entry of scheduling order.

10/11/02    Last day to make Rule 26(a)(1) disclosures.

The parties shall provide the court with a courtesy copy of all documents filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                            ENTER:    July 10, 2002

                                            JOSEPH R. GOODWIN
                                            UNITED STATES DISTRICT JUDGE