IN THE CIRCUIT COURT OF LOGAN COUNTY, WEST VIRGINIA

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as the Legal Guardians
and natural parents of
TREVOR KENNEDY

PLAINTIFFS,

v.

CIVIL ACTION NO. 02-C-133-P

COMMUNITY HEALTH FOUNDATION of MAN,
WEST VIRGINIA, INC., and DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL d/b/a CAMC CHILDREN'S HOSPITAL, d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC
WOMEN AND CHILDREN'S HOSPITAL, NEW CENTURY EMERGENCY PHYSICIANS, INC., W.V., a West
Virginia Corporation, INPHYNET HOSPITAL SERVICES, INC., a foreign corporation, doing business in
the state of West Virginia, and
DR. GORDON J. GREEN, individually

DEFENDANTS.

2:02-0906

CERTIFICATE OF SERVICE

I, PAMELA A. LAMBERT, Counsel for the Plaintiff, do hereby certify that I have this day served a true
and correct copy of the following:

Plaintiff's Response to Dr. Gordon Green's First Set of Interrogatories and First Request for Production
of Documents upon the following counsel of record:

Counsel for Defendants Dr. Plaridel Tordilla and Community Health Foundation of
Man: Stephen M. Horn, Esquire, Assistant United States Attorney, P.O. Box 1713,
Charleston, W.V., 25326. Ph: 304-345-2200.
Counsel for the Defendant CAMC d/b/a Women and Children's Hospital of West
Virginia, d/b/a, Women and Children's Hospital, d/b/a CAMC Children's Hospital, d/b/a
CAMC Women's Hospital, d/b/a CAMC Women and Children's Hospital: Cheryl Eifert,
Office of the General Counsel, 501 Morris Street, P.O. Box 3669, Charleston, W.V., 25336.
Ph: 304-388-7532.  Fx: 304-388-6027.
Counsel for the Defendant New Century Emergency Physicians: David E.
Schumacher, Shumacher, Francis & Nelson, 1600 Kanawha Valley Bldg., 300 Capitol St.
P.O. Box 3029, Charleston, W.V., 25331.
Counsel for the Defendant InPhyNet Hospital Services and Dr. Gordon Green:
Karen Tracy McElhinny, Esquire, Shuman, McCluskey & Slicer, 1411 Virginia St. East, Suite
200, P.O. Box 3953, Charleston, W.V., 25339. Ph: 304-345-1400,  Fx: 304-343-1826.

by_____X_depositing the same in the United States mail postage prepaid
by_____faxing the same to the above fax numbers
by_____hand-delivery
by_____a combination of the above

on this the _15th_ day of _July_ 20_02_

PAMELA A. LAMBERT #2128

JUL 17 2002
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Court
Southern District of West Virginia

STATE OF WEST VIRGINIA

COUNTY OF __Logan_____, TO-WIT;


_____Penny Kennedy_____, being first duly sworn on oath says; that

__she__ is the __Plaintiff_____ mentioned and named in the foregoing and

hereunto annexed writing, designated as a __Resp. to Green I/T, REQ.__ that she

knows of the contents thereof; that the facts and allegations therein contained are true, except

as to such matters therein stated to be upon information and belief, and as to such matters

therein stated to be upon information and belief, __she____ verily believes them to be true.


*_Penny L Kennedy_

Taken, subscribed and sworn to before me in my said County and State this 15th

day of __July_____, 20_02____.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN HATFIELD
P.O. BOX 827
GILBERT, WV 25821
My Commission Expires   SEPT. 19, 2011

_Karen Hatfield_____NOTARY PUBLIC

My Commission expires:_Sept. 19, 2011_____