FILED
JUL 1 8 2002
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Court
Southern District of West Virginia

IN THE CIRCUIT COURT OF LOGAN COUNTY, WEST VIRGINIA

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as the Legal Guardians
and natural parents of
TREVOR KENNEDY

PLAINTIFFS,

v.

CIVIL ACTION NO. 02-C-133-P

2:02-0906

COMMUNITY HEALTH FOUNDATION of MAN,
WEST VIRGINIA, INC., and DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL d/b/a CAMC CHILDREN'S HOSPITAL, d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC
WOMEN AND CHILDREN'S HOSPITAL, NEW CENTURY EMERGENCY PHYSICIANS, INC., W.V., a West
Virginia Corporation, INPHYNET HOSPITAL SERVICES, INC., a foreign corporation, doing business in
the state of West Virginia, and
DR. GORDON J. GREEN, individually

DEFENDANTS.

CERTIFICATE OF SERVICE

I, PAMELA A. LAMBERT, Counsel for the Plaintiff, do hereby certify that I have this day served a true and correct copy of the following:

Plaintiff's Response to CAMC's First Set of Requests for Production of Documents upon the following counsel of record:

Counsel for Defendants Dr. Plaridel Tordilla and Community Health Foundation of Man: Stephen M. Horn, Esquire, Assistant United States Attorney, P.O. Box 1713, Charleston, W.V., 25326. Ph: 304-345-2200.
Counsel for the Defendant CAMC d/b/a Women and Children's Hospital of West Virginia, d/b/a, Women and Children's Hospital, d/b/a CAMC Children's Hospital, d/b/a CAMC Women's Hospital, d/b/a CAMC Women and Children's Hospital: Cheryl Eifert, Office of the General Counsel, 501 Morris Street, P.O. Box 3669, Charleston, W.V., 25336. Ph: 304-388-7532. Fx: 304-388-6027.
Counsel for the Defendant New Century Emergency Physicians: David E. Schumacher, Shumacher, Francis & Nelson, 1600 Kanawha Valley Bldg., 300 Capitol St. P.O. Box 3029, Charleston, W.V., 25331.
Counsel for the Defendant InPhyNet Hospital Services and Dr. Gordon Green: Karen Tracy McElhinny, Esquire, Shuman, McCluskey & Slicer, 1411 Virginia St. East, Suite 200, P.O. Box 3953, Charleston, W.V., 25339. Ph: 304-345-1400, Fx: 304-343-1826.

by____X_depositing the same in the United States mail postage prepaid
by_____faxing the same to the above fax numbers
by_____hand-delivery
by_____a combination of the above

on this the 15th day of July, 2002.

PAMELA A. LAMBERT #2128

STATE OF WEST VIRGINIA

COUNTY OF __Logan_____, TO-WIT;

_____Penny Kennedy_____, being first duly sworn on oath says; that __she__ is the _____Plaintiff_____ mentioned and named in the foregoing and hereunto annexed writing, designated as a _CAMC Requests for Prod_,that she knows of the contents thereof; that the facts and allegations therein contained are true, except as to such matters therein stated to be upon information and belief, and as to such matters therein stated to be upon information and belief, __she_____ verily believes them to be true.

\*___Penny L Kennedy___

Taken, subscribed and sworn to before me in my said County and State this _15th_ day of ___July_____, 20_02_.

> OFFICIAL SEAL
> NOTARY PUBLIC
> STATE OF WEST VIRGINIA
> KAREN HATFIELD
> PO BOX 827
> GILBERT, WV 25621
> My Commission Expires SEPT. 19, 2011

___Karen Hatfield_____ NOTARY PUBLIC

My Commission expires: ___September 19, 2011_____.