IN THE CIRCUIT COURT OF LOGAN COUNTY, WEST VIRGINIA

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as the Legal Guardians
and natural parents of
TREVOR KENNEDY

PLAINTIFFS,

v.

CIVIL ACTION NO. 02-C-133-P

2:02-0906

COMMUNITY HEALTH FOUNDATION of MAN,
WEST VIRGINIA, INC., and DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL d/b/a CAMC CHILDREN'S HOSPITAL, d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC
WOMEN AND CHILDREN'S HOSPITAL, NEW CENTURY EMERGENCY PHYSICIANS, INC., W.V., a West
Virginia Corporation, INPHYNET HOSPITAL SERVICES, INC., a foreign corporation, doing business in
the state of West Virginia, and
DR. GORDON J. GREEN, individually

DEFENDANTS.

## CERTIFICATE OF SERVICE

I, PAMELA A. LAMBERT, Counsel for the Plaintiff, do hereby certify that I have this day served a true and correct copy of the following:

Plaintiff's Response to CAMC's First Set of Interrogatories upon the following counsel of record:

Counsel for Defendants Dr. Plaridel Tordilla and Community Health Foundation of Man: Stephen M. Horn, Esquire, Assistant United States Attorney, P.O. Box 1713, Charleston, W.V., 25326. Ph: 304-345-2200.

Counsel for the Defendant CAMC d/b/a Women and Children's Hospital of West Virginia, d/b/a, Women and Children's Hospital, d/b/a CAMC Children's Hospital, d/b/a CAMC Women's Hospital, d/b/a CAMC Women and Children's Hospital: Cheryl Eifert, Office of the General Counsel, 501 Morris Street, P.O. Box 3669, Charleston, W.V., 25336. Ph: 304-388-7532. Fx: 304-388-6027.

Counsel for the Defendant New Century Emergency Physicians: David E. Schumacher, Shumacher, Francis & Nelson, 1600 Kanawha Valley Bldg., 300 Capitol St. P.O. Box 3029, Charleston, W.V., 25331.

Counsel for the Defendant InPhyNet Hospital Services and Dr. Gordon Green: Karen Tracy McElhinny, Esquire, Shuman, McCluskey & Slicer, 1411 Virginia St. East, Suite 200, P.O. Box 3953, Charleston, W.V., 25339. Ph: 304-345-1400, Fx: 304-343-1826.

by _____X_ depositing the same in the United States mail postage prepaid
by _____ faxing the same to the above fax numbers
by _____ hand-delivery
by _____ a combination of the above

on this the 15th day of July, 2002.

PAMELA A. LAMBERT #2128

STATE OF WEST VIRGINIA

COUNTY OF __Logan__, TO-WIT;

__Penny Kennedy__, being first duly sworn on oath says; that __she__ is the __Plaintiff__ mentioned and named in the foregoing and hereunto annexed writing, designated as a __CAMC First Set I/T__ that she knows of the contents thereof; that the facts and allegations therein contained are true, except as to such matters therein stated to be upon information and belief, and as to such matters therein stated to be upon information and belief, _____ verily believes them to be true.

*Penny L Kennedy* (signature)

Taken, subscribed and sworn to before me in my said County and State this 15th day of __July__, 20__02__.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN HATFIELD
P.O. BOX 827
GILBERT, WV 25621
Commission Expires SEPT. 19, 2011

*Karen Hatfield* NOTARY PUBLIC

My Commission expires: September 19, 2011