IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as the Legal Guardians
and natural parents of
TREVOR KENNEDY,

       Plaintiffs,

v.                       CIVIL ACTION NO. 2:02-0906
                        Joseph R. Goodwin, Judge

JUL 19 2002
SAMUEL KAY, CLERK
Southern District of West Virginia

COMMUNITY HEALTH FOUNDATION OF MAN,
WEST VIRGINIA, INC., and DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF WEST VIRGINIA,
d/b/a WOMEN AND CHILDREN'S HOSPITAL d/b/a CAMC CHILDREN'S
HOSPITAL, d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC WOMEN
AND CHILDREN'S HOSPITAL, NEW CENTURY EMERGENCY
PHYSICIANS, INC., W.V., a West Virginia Corporation, INPHYNET
HOSPITAL SERVICES, INC., a foreign corporation, doing business in
the state of West Virginia, and
DR. GORDON J. GREEN, individually,

       Defendants.

### WITHDRAWAL OF MOTION TO COMPEL

**COMES NOW** Defendants Gordon J. Green, M.D. and InPhyNet Hospital Services, Inc., by counsel, David L. Shuman, Karen Tracy McElhinny, and Shuman, McCuskey & Slicer, PLLC, and withdraw their previously filed Motion to Compel.

Plaintiffs have responded to Dr. Green's First Set of Interrogatories and Requests for Production and therefore the Motion is now moot.

GORDON J. GREEN, M.D. AND
INPHYNET HOSPITAL SERVICES, INC.

By counsel.

**SHUMAN, McCUSKEY & SLICER, PLLC**
1411 Virginia Street East, Suite 200
Post Office Box 3953
Charleston, West Virginia 25339
(304) 345-1400
(304) 343-1826 facsimile

By: _____
David L. Shuman   WVSB No. 3389
Karen Tracy McElhinny WVSB No. 7517

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as the Legal Guardians
and natural parents of
TREVOR KENNEDY,

    Plaintiffs,

v.                          CIVIL ACTION NO. 2:02-0906
                              Joseph R. Goodwin, Judge

COMMUNITY HEALTH FOUNDATION OF MAN,
WEST VIRGINIA, INC., and DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF WEST VIRGINIA,
d/b/a WOMEN AND CHILDREN'S HOSPITAL d/b/a CAMC CHILDREN'S
HOSPITAL, d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC WOMEN
AND CHILDREN'S HOSPITAL, NEW CENTURY EMERGENCY
PHYSICIANS, INC., W.V., a West Virginia Corporation, INPHYNET
HOSPITAL SERVICES, INC., a foreign corporation, doing business in
the state of West Virginia, and
DR. GORDON J. GREEN, individually,

    Defendants.

## CERTIFICATE OF SERVICE

    I, David L. Shuman/Karen Tracy McElhinny do here by certify that I served true and exact copies of the foregoing **"Withdrawal of Motion to Compel"** on all counsel of record via the United States Postal Service in a stamped envelope addressed as follows:

                Pamela A. Lambert, Esquire (2128)
                Lambert and New
                P.O. Drawer 926
                Gilbert WV 25621
                  *Counsel for Plaintiffs*

David E. Schumacher, Esquire (3304)
Schumacher, Francis & Nelson
P.O. Box 3029
Charleston, WV 25331-3029
  *Counsel for New Century Emergency Physicians*

Cheryl Eifert, Esquire
Office of the General Counsel
P.O. Box 3669
Charleston, WV 25336
  *Counsel for Charleston Area Medical Center*

Stephen M. Horn, Esquire
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 25326-1713
  *Counsel for United States* (Community Health Foundation of Man, West Virginia, Inc., and Plaridel Tordilla, M.D.)

Dated this 18th day of July, 2002.

_____
David L. Shuman, Esq. (WVSB 3389)
Karen Tracy McElhinny, Esq. (WVSB #7517)

2