UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

ENTERED

JUL 2 2 2002

SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

KENNEDY, et al.,

        Plaintiffs,

v.                                      CIVIL ACTION NO. 2:02-0906

COMMUNITY HEALTH, et al.,

        Defendants.

### O R D E R

On July 19, 2002, counsel for the defense filed a Withdrawal of Motion to Compel [#13].

For reasons appearing to the court, it is **ORDERED** that the Withdrawal of Motion to Compel is **GRANTED.** It is further **ORDERED** that Defendants Inphynet Hospital Services, Inc. and Dr. Gordon J. Green's Motion to Compel [#14] also filed on July 19, 2002, is denied as moot.

The Clerk is requested to mail a copy of this Order to counsel of record.

ENTER: July 22, 2002.

*Mary E. Stanley*
Mary E. Stanley
United States Magistrate Judge

15