IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**PENNY KENNEDY,**
**RAYMOND KENNEDY**
**Individually and as the Legal Guardians**
**and natural parents of**
**TREVOR KENNEDY**

        Plaintiffs,

v.                                            CIVIL ACTION NO. 2:02-0906
                                                (JUDGE GOODWIN)

**COMMUNITY HEALTH FOUNDATION of MAN,**
**WEST VIRGINIA, INC., and**
**DR. PLARIDEL TORDILLA, individually,**
**CHARLESTON AREA MEDICAL CENTER, INC.,**
**d/b/a WOMEN AND CHILDREN'S HOSPITAL**
**OF WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S**
**HOSPITAL d/b/a CAMC CHILDREN'S HOSPITAL,**
**d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC WOMEN**
**AND CHILDREN'S HOSPITAL,**
**NEW CENTURY EMERGENCY PHYSICIANS, INC.,**
**W.V., a West Virginia Corporation,**
**INPHYNET HOSPITAL SERVICES, INC.,**
**a foreign corporation, doing business in the**
**STATE OF WEST VIRGINIA, and**
**DR. GORDON J. GREEN, individually**

        Defendants.

### PLAINTIFFS' MOTION TO REMAND

COME NOW, the plaintiffs, by counsel, and hereby move this Court to remand the above styled civil action to the Circuit Court of Logan County, West Virginia.

The plaintiffs rely on those arguments as set forth in the Memorandum of Law in Support of Plaintiffs' Motion to Remand.

**PENNY KENNEDY, RAYMOND KENNEDY**
**Individually and as the Legal Guardians and**
**natural parents of TREVOR KENNEDY**
**By Counsel**

/s/ Scott S. Segal

Scott S. Segal (W.V. BAR #4717)
Deborah L. McHenry (W.V. BAR #4120)
Samuel A. Hrko (W.V. BAR #7727)
**THE SEGAL LAW FIRM**
A Legal Corporation
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
(304) 344-9100


Pamela A. Lambert (W.V. BAR #2128)
**LAMBERT & NEW**
Attorneys at Law
Post Office Drawer 926
Gilbert, West Virginia 25621
(304) 664-3096

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as the Legal Guardians
and natural parents of
TREVOR KENNEDY

    Plaintiffs,

v.

                              CIVIL ACTION NO. 2:02-0906

COMMUNITY HEALTH FOUNDATION of MAN,
WEST VIRGINIA, INC., and
DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL
OF WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL d/b/a CAMC CHILDREN'S HOSPITAL,
d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC WOMEN
AND CHILDREN'S HOSPITAL,
NEW CENTURY EMERGENCY PHYSICIANS, INC.,
W.V., a West Virginia Corporation,
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business in the
STATE OF WEST VIRGINIA, and
DR. GORDON J. GREEN, individually

    Defendants.

### CERTIFICATE OF SERVICE

    I, Samuel A. Hrko, do hereby certify that I have served a true and accurate copy of the foregoing **PLAINTIFFS' MOTION TO REMAND** to all counsel of record this _24th_ day of July, 2002 via United States Mail, postage prepaid as follows:

Stephen M. Horn
**Assistant United States Attorney**
Post Office Box 1713
Charleston, West Virginia 25326

Cheryl Eifort, Esquire
**Office of General Counsel**
501 Morris Street
Post Office Box 3669
Charleston, West Virginia 25336

David E. Schumacher, Esquire
**Schumacher, Francis and Nelson**
1600 Kanawha Valley Building
Post Office Box 3029
Charleston, West Virginia 25331

Karen Tracy McElhinny, Esquire
**Shuman, McCuskey and Slicer, PLLC**
1411 Virginia Street, East, Suite 200
Charleston, West Virginia 25301

Pamela A. Lambert
**LAMBERT & NEW**
Post Office Drawer 926
Gilbert, West Virginia 25621

_____
SAMUEL A. HRKO (W.V. BAR # 7727)