# UNITED STATES DISTRICT COURT
## UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| SAMUEL L. KAY | RONALD D. LAWSON | F. P. SAM SAMPLES, Ed.D. |
| CLERK OF COURTS | COURT ADMINISTRATOR | CHIEF PROBATION OFFICER |

TELEPHONE: 304-347-3000

MAILING ADDRESS:
P. O. BOX 3924
CHARLESTON, WV 25339-3924

August 28, 2002

FILED

AUG 28 2002

SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

Alvis Porter, Clerk
Circuit Court of Logan County
Logan County Courthouse, Room 311
Logan, WV 25601

Re: Penny Kennedy, et al. v. Community Health Foundation of Man,
West Virginia, Inc., et al.; Civil Action No. 2:02-0906
Your Case No.: 02-C-133

Dear Mr. Porter:

The above civil action was remanded to the Circuit Court of Logan County pursuant to the Memorandum Opinion and Order entered August 21, 2002, by The Honorable Joseph R. Goodwin.

Enclosed please find the file maintained for this case during its pendency in our Court, as well as a certified copy of the docket sheet. Please note that a certified copy of the Memorandum Opinion and Order have been substituted in lieu of the originals.

Please acknowledge receipt of the enclosed on the copy of this letter.

Very truly yours,

SAMUEL L. KAY, CLERK OF COURTS

By _____
           Deputy Clerk

SLK/taq
Enclosure

Receipt is hereby acknowledged of the items described herein.

ALVIS PORTER, CLERK
CIRCUIT COURT OF LOGAN COUNTY

Date: _____     By _____
                                              Deputy Clerk

20