IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as the Legal Guardians
and natural parents of
TREVOR KENNEDY

        Plaintiffs,

v.                            CIVIL ACTION NO. 2:02-0906

UNITED STATES OF AMERICA,
COMMUNITY HEALTH FOUNDATION
OF MAN, WEST VIRGINIA, INC., AND
DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL
OF WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL d/b/a CAMC CHILDREN'S HOSPITAL,
d/b/a CAMC WOMEN'S HOSPITAL,
d/b/a CAMC WOMEN AND CHILDREN'S HOSPITAL,
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business in the
STATE OF WEST VIRGINIA, and
DR. GORDON J. GREEN, individually

        Defendants.

## CERTIFICATE OF SERVICE

I, Samuel A. Hrko, do hereby certify that I have served a true and accurate copy of the foregoing PLAINTIFFS RULE 26 (a)(1) DISCLOSURES to all counsel of record this 6th day of October, 2003 via United States Mail, postage prepaid as follows:

FILED
OCT - 7 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

22

Stephen M. Horn, Esquire
**Assistant United States Attorney**
Post Office Box 1713
Charleston, West Virginia 25326

Cheryl Eifert, Esquire
**Office of General Counsel**
501 Morris Street
Post Office Box 3669
Charleston, West Virginia 25336

Karen Tracy McElhinny, Esquire
**Shuman, McCuskey and Slicer, PLLC**
1411 Virginia Street, East, Suite 200
Charleston, West Virginia 25301

Pamela A. Lambert, Esquire
**LAMBERT & NEW**
Post Office Drawer 926
Gilbert, West Virginia 25621

*[signature]*

SAMUEL A. HRKO (W.V. BAR # 7727)